1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE YOVANNY MARTINEZ

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. CR-S-09-453-EJG
                                    )
12            Plaintiff,            )
                                    )  **STIPULATION AND ORDER**
13     v.                           )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
14 JOSE YOVANNY MARTINEZ,           )
                                    )  Date:  December 11, 2009
15            Defendant.            )  Time:  10:00 a.m.
   _____ )  Judge: Edward J. Garcia
16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHAEL ANDERSON, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of December 11, 2009 be vacated, and the matter be set for

22 status conference on January 22, 2010 at 10:00 a.m.

23       This continuance is requested because counsel for Mr. Martinez is

24 presently out of the office due to a family emergency.  Additionally,

25 negotiations are continuing between the parties toward resolution of

26 the case.

27       Based upon the foregoing, the parties agree that the time under

28 the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including January 22, 2010 pursuant to

2  18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code

3  T4 based upon continuity of counsel and defense preparation.

4  Dated:  December 8, 2009

5                                    Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7

8                                    /s/ Linda C. Harter
                                     LINDA C. HARTER
9                                    Chief Assistant Federal Defender
                                     Attorney for Defendant
10                                   JOSE YOVANNY MARTINEZ

11

12  Dated:  December 8, 2009         BENJAMIN B. WAGNER
                                     United States Attorney
13

14                                   /s/ Linda C. Harter for
                                     MICHAEL ANDERSON
15                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
16

17                          **O R D E R**

18  **IT IS SO ORDERED.**  Time is excluded from today's date through and

19  including January 22, 2010 in the interest of justice pursuant to

20  18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local

21  Code T4.

22  Dated: December 9, 2009

23                                   /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
24                                   United States District Court

25

26

27

28

Stipulation & Order/Jose Yovanny Martinez        2